UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JONATHAN VALENCIA,<br><br>          Petitioner,<br><br>   v.<br><br>CONNIE GIPSON, Warden,<br><br>          Respondent. | No. ED CV 13-1687-R (PLA)<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's final report and recommendation and petitioner's objections to the report and recommendation. The Court has engaged in a de novo review of those portions of the final report and recommendation to which objections have been made. The Court accepts the recommendations of the magistrate judge.

      ACCORDINGLY, IT IS ORDERED:

      1.    The final report and recommendation is accepted.

      2.    Judgment shall be entered consistent with this order.

///

///

///

1   3.   The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED:  April 23, 2014

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

2