# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| JONATHAN VALENCIA, | No. ED CV 13-1687-R (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| CONNIE GIPSON, Warden, | |
| Respondent. | |

Pursuant to the order accepting the magistrate judge's final report and recommendation, IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: April 23, 2014

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE